AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT

☒ SUPERSEDING

| Name of District Court, and/or Judge/Magistrate Location |
| --- |
| NORTHERN DISTRICT OF CALIFORNIA |
| OAKLAND DIVISION |

### OFFENSE CHARGED

SEE ATTACHED.

☐ Petty

☐ Minor

☐ Misde-meanor

☒ Felony

PENALTY:   SEE ATTACHED.

**DEFENDANT - U.S**

FILED

▶ ANTHONY REED

NOV 29 2018

DISTRICT COURT NUMBER

CR 18-0560 HSG

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:

☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person
Furnishing Information on this form       ALEX G. TSE

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)       Samantha Schott

### DEFENDANT

**IS *NOT* IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding.
If not detained give date any prior
summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☒ On this charge

5) ☐ On another conviction        ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes      If "Yes"
been filed?      give date
☐ No      filed

DATE OF      Month/Day/Year
ARREST      11/19/2018

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED      Month/Day/Year
TO U.S. CUSTODY ▶

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT      Bail Amount:

If Summons, complete following:

☐ Arraignment ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time:                        Before Judge:

Comments:

## Penalty Sheet for ANTHONY REED

Count One (Conspiracy to Deal in Firearms Without a License):
Maximum prison term: 5 years
Maximum fine: $250,000
Maximum term of supervised release: 3 years
Forfeiture
Mandatory special assessment: $100

Counts Three through Eight, Ten (Dealing Firearms Without a License):
Maximum prison term: 5 years
Maximum fine: $250,000
Maximum term of supervised release: 3 years
Forfeiture
Mandatory special assessment: $100

Counts Eleven and Twelve (Traveling Interstate to Promote Illegal Firearms Trafficking):
Maximum prison term: 10 years
Maximum fine: $250,000
Maximum term of supervised release: 3 years
Forfeiture
Mandatory special assessment: $100

Count Thirteen (Conspiracy to Commit Robbery of Mail, Money, or Other Property of the
United States and Assault on a Federal Officer):
Maximum prison term: 5 years
Maximum fine: $250,000
Maximum term of supervised release: 3 years
Forfeiture
Mandatory special assessment: $100

Count Fourteen (Assault on a Federal Officer With a Deadly or Dangerous Weapon):
Maximum prison term: 20 years
Maximum fine: $250,000
Maximum term of supervised release: 3 years
Forfeiture
Mandatory special assessment: $100

1

Count Fifteen (Robbery of Mail, Money, or Other Property of the United States):
Maximum prison term: 25 years
Maximum fine: $250,000
Maximum term of supervised release: 3 years
Forfeiture
Mandatory special assessment: $100

Count Sixteen (Using, Carrying, and Brandishing a Firearm During, in Relation to, a Crime of Violence):
Mandatory minimum prison term: 7 years
Maximum prison term: Life
Maximum fine: $250,000
Maximum term of supervised release: 3 years
Forfeiture
Mandatory special assessment: $100

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☒ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

#### OFFENSE CHARGED

Count 1: 18 U.S.C. § 371 - Conspiracy to Commit Unlicensed Dealing in Firearms
Counts 3 and 4: 18 U.S.C. § 922(a)(1)(A) - Unlicensed Dealing in Firearms

PENALTY: SEE ATTACHED.

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

─ DEFENDANT - U.S

**FILED**

► BENJAMIN GORMLEY

**NOV 29 2018**

DISTRICT COURT NUMBER

CR 18-0560 HSG

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW
DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE
CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person
Furnishing Information on this form          ALEX G. TSE

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)          Samantha Schott

### DEFENDANT

**IS *NOT* IN CUSTODY**
   Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior
      summons was served on above charges ►

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)

Northern District of California

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction                      ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
      If answer to (6) is "Yes", show name of institution

Has detainer    ☐ Yes     If "Yes"
been filed?     ☐ No       give date
                           filed

**DATE OF ARREST** ►        Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ►     Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☐ WARRANT     Bail Amount: _____

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____     Before Judge: _____

Comments:

## Penalty Sheet for BENJAMIN GORMLEY

Count One (Conspiracy to Deal in Firearms Without a License):
Maximum prison term: 5 years
Maximum fine: $250,000
Maximum term of supervised release: 3 years
Forfeiture
Mandatory special assessment: $100

Counts Three and Four (Dealing Firearms Without a License):
Maximum prison term: 5 years
Maximum fine: $250,000
Maximum term of supervised release: 3 years
Forfeiture
Mandatory special assessment: $100

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☒ SUPERSEDING

─── **OFFENSE CHARGED** ───

SEE ATTACHED

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: SEE ATTACHED.

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

─── DEFENDANT - U.S

**FILED**

JESUS ANGEL SANCHEZ

NOV 29 2018

DISTRICT COURT NUMBER

CR 18-0560 HSG

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

─── **PROCEEDING** ───

Name of Complaintant Agency, or Person (& Title, if any)

Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF)

☐ person is awaiting trial in another Federal or State Court, give name of court

_____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

_____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:

☐ U.S. ATTORNEY ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person
Furnishing Information on this form          ALEX G. TSE

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)          Samantha Schott

─── **DEFENDANT** ───

**IS *NOT* IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

_____

**IS IN CUSTODY**

4) ☒ On this charge

5) ☐ On another conviction        ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

_____

Has detainer ☐ Yes      If "Yes"
been filed?  ☐ No       give date filed _____

**DATE OF ARREST**          Month/Day/Year
                            11/19/2018

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY**      Month/Day/Year

☐ This report amends AO 257 previously submitted

─── **ADDITIONAL INFORMATION OR COMMENTS** ───

PROCESS:
☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT      Bail Amount: _____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time: _____      Before Judge: _____

Comments:

**Penalty Sheet for JESUS ANGEL SANCHEZ**

Count One (Conspiracy to Deal in Firearms Without a License):
Maximum prison term: 5 years
Maximum fine: $250,000
Maximum term of supervised release: 3 years
Forfeiture
Mandatory special assessment: $100

Counts Seven, Eight and Ten (Dealing Firearms Without a License):
Maximum prison term: 5 years
Maximum fine: $250,000
Maximum term of supervised release: 3 years
Forfeiture
Mandatory special assessment: $100

Count Thirteen (Conspiracy to Commit Robbery of Mail, Money, or Other Property of the
United States and Assault on a Federal Officer):
Maximum prison term: 5 years
Maximum fine: $250,000
Maximum term of supervised release: 3 years
Forfeiture
Mandatory special assessment: $100

Count Fourteen (Assault on a Federal Officer With a Deadly or Dangerous Weapon):
Maximum prison term: 20 years
Maximum fine: $250,000
Maximum term of supervised release: 3 years
Forfeiture
Mandatory special assessment: $100

Count Fifteen (Robbery of Mail, Money, or Other Property of the United States):
Maximum prison term: 25 years
Maximum fine: $250,000
Maximum term of supervised release: 3 years
Forfeiture
Mandatory special assessment: $100

Count Sixteen (Using, Carrying, and Brandishing a Firearm During, in Relation to, a Crime of Violence):
Mandatory minimum prison term: 7 years
Maximum prison term: Life
Maximum fine: $250,000
Maximum term of supervised release: 3 years
Forfeiture
Mandatory special assessment: $100

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT

☐ SUPERSEDING

| OFFENSE CHARGED |  |
|---|---|
| Count 1: 18 U.S.C. § 371 - Conspiracy to Commit Unlicensed Dealing in Firearms<br>Counts 2 and 9: 18 U.S.C. § 922(a)(1)(A) - Unlicensed Dealing in Firearms | ☐ Petty |
|  | ☐ Minor |
|  | ☐ Misde-meanor |
|  | ☒ Felony |

PENALTY:   SEE ATTACHED.

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

FILED

┌─ DEFENDANT - U.S

▶ JULAAN FAISON                    NOV 29 2018

DISTRICT COURT NUMBER   SUSAN Y. SOONG
                        CLERK, U.S. DISTRICT COURT
CR 18-0560 HSG          NORTH DISTRICT OF CALIFORNIA
                        OAKLAND OFFICE

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF)

☐ person is awaiting trial in another Federal or State Court, give name of court

_____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

_____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:                    SHOW DOCKET NO.

☐ U.S. ATTORNEY   ☐ DEFENSE        }  _____

☐ this prosecution relates to a pending case involving this same defendant                    MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under        }  _____

Name and Office of Person
Furnishing Information on this form        ALEX G. TSE

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)        Samantha Schott

### DEFENDANT

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior
   summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

_____

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction        }  ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

_____

Has detainer ☐ Yes   If "Yes"
been filed?  ☐ No    give date
                     filed        _____

**DATE OF**  ▶        Month/Day/Year
**ARREST**
                     _____
Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED**  ▶   Month/Day/Year
**TO U.S. CUSTODY**
                          _____

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT        Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance        *Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

_____

_____        Date/Time: _____   Before Judge: _____

Comments:

**Penalty Sheet for JULAAN FAISON**

Count One (Conspiracy to Deal in Firearms Without a License):
Maximum prison term: 5 years
Maximum fine: $250,000
Maximum term of supervised release: 3 years
Forfeiture
Mandatory special assessment: $100

Counts Two and Nine (Dealing Firearms Without a License):
Maximum prison term: 5 years
Maximum fine: $250,000
Maximum term of supervised release: 3 years
Forfeiture
Mandatory special assessment: $100

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☒ SUPERSEDING

---
**OFFENSE CHARGED**

SEE ATTACHED.

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:   SEE ATTACHED.

---
Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

**DEFENDANT - U.S**

▶ RAHSAAN FAISON

**FILED**

NOV 29 2018

DISTRICT COURT NUMBER

CR 18-0560 HSG

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

---
**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)

Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE     } SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant     } MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under     }

Name and Office of Person
Furnishing Information on this form     ALEX G. TSE

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)     Samantha Schott

---
**DEFENDANT**

**IS *NOT* IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge

5) ☐ On another conviction     } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes   If "Yes" give date filed _____
been filed?  ☐ No   11/19/2018

DATE OF     Month/Day/Year
ARREST      11/19/2018

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED     Month/Day/Year
TO U.S. CUSTODY ▶ _____

☐ This report amends AO 257 previously submitted

---
**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT     Bail Amount: _____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time: _____   Before Judge: _____

Comments:

## Penalty Sheet for RAHSAAN FAISON

Count One (Conspiracy to Deal in Firearms Without a License):
Maximum prison term: 5 years
Maximum fine: $250,000
Maximum term of supervised release: 3 years
Forfeiture
Mandatory special assessment: $100

Counts Two and Nine (Dealing Firearms Without a License):
Maximum prison term: 5 years
Maximum fine: $250,000
Maximum term of supervised release: 3 years
Forfeiture
Mandatory special assessment: $100

Count Thirteen (Conspiracy to Commit Robbery of Mail, Money, or Other Property of the
United States and Assault on a Federal Officer):
Maximum prison term: 5 years
Maximum fine: $250,000
Maximum term of supervised release: 3 years
Forfeiture
Mandatory special assessment: $100

Count Fourteen (Assault on a Federal Officer With a Deadly or Dangerous Weapon):
Maximum prison term: 20 years
Maximum fine: $250,000
Maximum term of supervised release: 3 years
Forfeiture
Mandatory special assessment: $100

Count Fifteen (Robbery of Mail, Money, or Other Property of the United States):
Maximum prison term: 25 years
Maximum fine: $250,000
Maximum term of supervised release: 3 years
Forfeiture
Mandatory special assessment: $100

1

Count Sixteen (Using, Carrying, and Brandishing a Firearm During, in Relation to, a Crime of Violence):
Mandatory minimum prison term: 7 years
Maximum prison term: Life
Maximum fine: $250,000
Maximum term of supervised release: 3 years
Forfeiture
Mandatory special assessment: $100

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT

☒ SUPERSEDING

---
**OFFENSE CHARGED**

SEE ATTACHED

☐ Petty

☐ Minor

☐ Misde-
meanor

☒ Felony

PENALTY:   SEE ATTACHED.

---
Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

FILED

**DEFENDANT - U.S**

▶ MARCOS ANTONIO MARTENEZ

NOV 29 2018

DISTRICT COURT NUMBER

CR 18-0560 HSG

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

---
## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF)

☐ person is awaiting trial in another Federal or State Court,
give name of court

☐ this person/proceeding is transferred from another district
per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on motion
of:

☐ U.S. ATTORNEY   ☐ DEFENSE

} SHOW
DOCKET NO.

☐ this prosecution relates to a
pending case involving this same
defendant

☒ prior proceedings or appearance(s)
before U.S. Magistrate regarding this
defendant were recorded under

} MAGISTRATE
CASE NO.

4-18-71645 MAG

Name and Office of Person
Furnishing Information on this form          ALEX G. TSE

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)          Samantha Schott

---
**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding.
   If not detained give date any prior
   summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)
   _____

**IS IN CUSTODY**
4) ☒ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges
   } ☐ Federal   ☐ State

If answer to (6) is "Yes", show name of institution
_____

Has detainer   ☐ Yes
been filed?   ☐ No

If "Yes"
give date
filed _____

**DATE OF
ARREST** ▶

Month/Day/Year
11/19/2018

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED
TO U.S. CUSTODY** ▶

Month/Day/Year
_____

☐ This report amends AO 257 previously submitted

---
## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT

If Summons, complete following:

☐ Arraignment   ☐ Initial Appearance

Defendant Address:

Bail Amount: _____

*Where defendant previously apprehended on complaint, no new summons or
warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

**Penalty Sheet for MARCOS ANTONIO MARTENEZ**

Count Thirteen (Conspiracy to Commit Robbery of Mail, Money, or Other Property of the
United States and Assault on a Federal Officer):
Maximum prison term: 5 years
Maximum fine: $250,000
Maximum term of supervised release: 3 years
Forfeiture
Mandatory special assessment: $100

Count Fourteen (Assault on a Federal Officer With a Deadly or Dangerous Weapon):
Maximum prison term: 20 years
Maximum fine: $250,000
Maximum term of supervised release: 3 years
Forfeiture
Mandatory special assessment: $100

Count Fifteen (Robbery of Mail, Money, or Other Property of the United States):
Maximum prison term: 25 years
Maximum fine: $250,000
Maximum term of supervised release: 3 years
Forfeiture
Mandatory special assessment: $100

Count Sixteen  (Using, Carrying, and Brandishing a Firearm During, in Relation to, a Crime of
Violence):
Mandatory minimum prison term: 7 years
Maximum prison term: Life
Maximum fine: $250,000
Maximum term of supervised release: 3 years
Forfeiture
Mandatory special assessment: $100

1

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT

☒ SUPERSEDING

---OFFENSE CHARGED---

SEE ATTACHED

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:   SEE ATTACHED.

---

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

DEFENDANT - U.S

▶ JAMES MEDEIROS

DISTRICT COURT NUMBER

CR 18-0560 HSG

**FILED**

NOV 29 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

---

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
    ☐ U.S. ATTORNEY  ☐ DEFENSE

} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

} MAGISTRATE CASE NO.
4-18-71645 MAG

Name and Office of Person Furnishing Information on this form   ALEX G. TSE

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Samantha Schott

---

### DEFENDANT

IS *NOT* IN CUSTODY
   Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)
_____

IS IN CUSTODY
4) ☒ On this charge

5) ☐ On another conviction
} ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution
_____

Has detainer been filed?  ☐ Yes   If "Yes" give date filed
                          ☐ No

DATE OF ARREST ▶   Month/Day/Year   11/19/2018

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
   ☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT

Bail Amount: _____

If Summons, complete following:
   ☐ Arraignment  ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

**Penalty Sheet for JAMES MEDEIROS**

Count Thirteen (Conspiracy to Commit Robbery of Mail, Money, or Other Property of the
United States and Assault on a Federal Officer):
Maximum prison term: 5 years
Maximum fine: $250,000
Maximum term of supervised release: 3 years
Forfeiture
Mandatory special assessment: $100

Count Fourteen (Assault on a Federal Officer With a Deadly or Dangerous Weapon):
Maximum prison term: 20 years
Maximum fine: $250,000
Maximum term of supervised release: 3 years
Forfeiture
Mandatory special assessment: $100

Count Fifteen (Robbery of Mail, Money, or Other Property of the United States):
Maximum prison term: 25 years
Maximum fine: $250,000
Maximum term of supervised release: 3 years
Forfeiture
Mandatory special assessment: $100

Count Sixteen  (Using, Carrying, and Brandishing a Firearm During, in Relation to, a Crime of
Violence):
Mandatory minimum prison term: 7 years
Maximum prison term: Life
Maximum fine: $250,000
Maximum term of supervised release: 3 years
Forfeiture
Mandatory special assessment: $100

1

# United States District Court

### FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

**CR 18-560 HSG**

VENUE: Oakland

---

### UNITED STATES OF AMERICA,

### V.

ANTHONY REED,
BENJAMIN GORMLEY,
JESUS ANGEL SANCHEZ,
JULAAN FAISON,
aka "Juju,"
RAHSAAN FAISON,
aka "SG,"
MARCOS ANTONIO MARTENEZ, and
JAMES MEDEIROS,

### DEFENDANT.

**FILED**

**NOV 29 2018**

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

---

SUPERSEDING INDICTMENT

---

18 U.S.C. § 371 – Conspiracy to Deal Firearms Without a License; 18 U.S.C.
§ 922(a)(1)(A) – Dealing Firearms Without a License; 18 U.S.C. § 924(n) – Traveling Interstate to Promote Illegal
Firearms Trafficking; 18 U.S.C. § 371 – Conspiracy to Commit Robbery of Mail, Money, or Other Property of the
United States and to Assault a Federal Officer; 18 U.S.C. § 2114(a) – Robbery of Money and Property of the United
States; 18 U.S.C.  § 111(b) – Assault on a Federal Officer With a Deadly or Dangerous Weapon; 18 U.S.C. § 924(c)
(1)(A)(ii) – Using, Carrying, and Brandishing a Firearm During, and in Relation to, a Crime of Violence; 18 U.S.C. §
2 – Aiding and Abetting; 18 U.S.C. §§ 924(d), 981(a)(1)(C), 28 U.S.C. § 2461 – Criminal Forfeiture

A true bill.

_Heled Gruba_

**Foreman**

Filed in open court this ___29___ day of _NOVEMBER 2018_

_Ivy Garcia_

**Clerk**

11/29/18

Bail, $ _no bail warrant for only_
_Julaan Faison_

_no process for others_



1  ALEX G. TSE (CABN 152348)
   United States Attorney

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                         OAKLAND DIVISION

11

12  UNITED STATES OF AMERICA,            )  NO. CR 18-560 HSG
                                         )
13          Plaintiff,                   )  VIOLATIONS:  18 U.S.C. § 371 – Conspiracy to
                                         )  Deal Firearms Without a License; 18 U.S.C.
14      v.                               )  § 922(a)(1)(A) – Dealing Firearms Without a License;
                                         )  18 U.S.C. § 924(n) – Traveling Interstate to Promote
15  ANTHONY REED,                        )  Illegal Firearms Trafficking; 18 U.S.C. § 371 –
    BENJAMIN GORMLEY,                     )  Conspiracy to Commit Robbery of Mail, Money, or
16  JESUS ANGEL SANCHEZ,                  )  Other Property of the United States and to Assault a
    JULAAN FAISON,                        )  Federal Officer; 18 U.S.C. § 2114(a) – Robbery of
17      aka "Juju,"                       )  Money and Property of the United States; 18 U.S.C.
    RAHSAAN FAISON,                       )  § 111(b) – Assault on a Federal Officer With a
18      aka "SG,"                         )  Deadly or Dangerous Weapon; 18 U.S.C. §
    MARCOS ANTONIO MARTENEZ, and          )  924(c)(1)(A)(ii) – Using, Carrying, and Brandishing a
19  JAMES MEDEIROS,                       )  Firearm During, and in Relation to, a Crime of
                                         )  Violence; 18 U.S.C. § 2 – Aiding and Abetting; 18
20          Defendants.                   )  U.S.C. §§ 924(d), 981(a)(1)(C), 28 U.S.C. § 2461 –
                                         )  Criminal Forfeiture
21                                       )
                                         )  OAKLAND VENUE
22                                       )
                                         )
23                                       )
                                         )
24  _____       )

25

26            S U P E R S E D I N G   I N D I C T M E N T

27

28
                                              1
    SUPERSEDING INDICTMENT
    CR 18-560 HSG

1   The Grand Jury charges:

2   <u>COUNT ONE:</u>          (18 U.S.C. § 371 – Conspiracy To Deal Firearms Without A License)

3                                   <u>Introductory Allegations</u>

4          At all times relevant to this Superseding Indictment:

5          1.      Defendant Anthony REED (REED) was a resident of North Las Vegas, Nevada, but

6   stayed at various locations in Alameda County when visiting the Northern District of California.

7          2.      Defendant Benjamin GORMLEY (GORMLEY) was a resident of Hayward, California.

8          3.      Defendant Jesus Angel SANCHEZ (SANCHEZ) was a resident of Oakland, California.

9          4.      Defendants Julaan FAISON, also known as "Juju" (J. FAISON) and Rahsaan FAISON,

10  also known as "SG" (R. FAISON) were residents of San Leandro, California.

11         5.      Defendants REED, GORMLEY, J. FAISON, and R. FAISON maintained Snapchat

12  accounts.

13         6.      At all times relevant to this Superseding Indictment, none of the defendants named

14  herein, were licensed to import, manufacture, or deal firearms under the provision of Chapter 44, Title

15  18, United States Code.

16                                  <u>Object of the Conspiracy</u>

17         7.      Beginning on a date unknown to the Grand Jury, but no later than January 2018, and

18  continuing to a date unknown to the Grand Jury, but to at least October 2018, in the Northern District of

19  California and elsewhere, the defendants,

20                          ANTHONY REED,
                            BENJAMIN GORMLEY,
21                          JESUS ANGEL SANCHEZ,
                            JULAAN FAISON,
22                          aka "Juju," and
                            RAHSAAN FAISON,
23                          aka "SG,"

24  not being licensed importers, licensed manufacturers, and licensed dealers of firearms, within the

25  meaning of Chapter 44, Title 18, United States Code, did knowingly and willfully conspire and agree

26  together and with each other, and with other persons both known and unknown to the Grand Jury, to

27  engage in the business of dealing in firearms, in violation of Title 18, United States Code, Section

28

                                              2

SUPERSEDING INDICTMENT
CR 18-560 HSG

1   922(a)(1)(A).

2                              Manner and Means

3          8.    Defendants REED, J. FAISON, and R. FAISON would purchase firearms through private

4   party sales in Nevada.  At the time they would purchase the firearms, these defendants would intend to

5   transfer and sell the firearms to another person.

6          9.    Defendants REED, J. FAISON and R. FAISON would travel from Alameda County,

7   California, in the Northern District of California, to Las Vegas, Nevada, in the District of Nevada, for

8   the purpose of obtaining firearms to sell in the Northern District of California.

9          10.   Defendants REED, J. FAISON,  and R. FAISON would transport firearms back to

10  Alameda County, California, in the Northern District of California, for the purpose of selling the

11  firearms without a license.

12         11.   Defendants REED, GORMLEY, SANCHEZ, J. FAISON, and R. FAISON would then

13  illegally sell and transfer the firearms to other individuals in the Northern District of California and

14  elsewhere.

15         12.   Defendants REED and J. FAISON would advertise these firearms for sale on their

16  Snapchat accounts.  Defendants REED and J. FAISON would then negotiate the sale of the firearms

17  through Snapchat messages, Snapchat calls, and over the phone.

18         13.   Defendant GORMLEY would store and maintain firearms for defendant REED in the

19  Northern District of California, and would conduct firearms sales transactions on defendant REED's

20  behalf, when defendant REED would be in Las Vegas, Nevada.

21         14.   Defendant SANCHEZ would store and maintain firearms for defendant REED and would

22  provide his vehicle as a location for defendant REED to sell firearms.

23                                Overt Acts

24         15.   In furtherance of the conspiracy, and to accomplish its objects, the defendants and others

25  committed various overt acts in the Northern District of California and elsewhere, including but not

26  limited to the following:

27

28

                                       3
SUPERSEDING INDICTMENT
CR 18-560 HSG

1         (1)     On or about January 21, 2018, with the approval of defendant J. FAISON, a co-

2 conspirator known to the Grand Jury offered to sell firearms to an individual.

3         (2)     On or about January 23, 2018, defendants J. FAISON and R. FAISON sold two

4 firearms, namely, one Smith and Wesson SD9 VE pistol bearing serial number FZC8300, and one Glock

5 Model 19 9mm pistol bearing serial number ACLB464, to the individual in exchange for $1,900 in cash.

6         (3)     Between February 15, 2018, and February 16, 2018, with the approval of

7 defendant REED, a co-conspirator known to the Grand Jury offered to sell firearms to an individual.

8         (4)     At defendant REED's direction, a co-conspirator known to the Grand Jury then

9 coordinated the time for the sale with defendant GORMLEY.

10         (5)     On or about February 16, 2018, with the approval of defendant REED, defendant

11 GORMLEY sold two firearms, namely, one Glock Model 22 pistol bearing serial number NET740, and

12 one Glock Model 19 pistol bearing serial number WWT934, to the individual in exchange for $2,400 in

13 cash.

14         (6)     Between February 17, 2018, and February 20, 2018, with the approval of

15 defendant REED, a co-conspirator known to the Grand Jury offered to sell firearms to an individual.

16         (7)     On or about February 22, 2018, a co-conspirator known to the Grand Jury,

17 together with defendants REED and GORMLEY, sold three firearms, namely, one Glock Model 21 .45

18 caliber pistol bearing serial number WDE940, one Glock Model 27 .40 caliber pistol bearing serial

19 number BCLP212, and one Glock Model 27 .40 caliber pistol bearing serial number BBMS152, to the

20 individual in exchange for $3,500 in cash.

21         (8)     On or about July 10, 2018, defendant REED transported firearms from Las Vegas,

22 Nevada, to Oakland, California, for the purpose of selling the firearms without a license.

23         (9)     On or about July 11, 2018, defendant REED sold two firearms, namely, one

24 Glock Model 19C 9mm caliber pistol bearing serial number BFMX386, and one Glock Model 27 .40

25 S&W caliber pistol bearing serial number BFBS106, to an individual in exchange for $2,000 in cash.

26         (10)    On or about July 23, 2018, defendant REED advertised multiple firearms for sale

27 and instructed a co-conspirator known to the Grand Jury to coordinate the purchase of the firearms with

28

4

SUPERSEDING INDICTMENT
CR 18-560 HSG

1   defendant J. FAISON.

2           (11)    On or about July 31, 2018, defendant REED negotiated the sale of firearms to an

3   individual.  Defendant R. FAISON was present with defendant REED while defendant REED negotiated

4   the sale of the firearms, and at one point answered defendant REED's phone during the course of

5   negotiations.

6           (12)    On or about July 31, 2018, defendant REED sold one firearm, namely, one HS

7   Produkt XDM 9mm pistol bearing serial number MG426760, to an individual in exchange for $900 in

8   cash.

9           (13)    Between August 4, 2018, and August 7, 2018, defendant REED negotiated the

10  sale of multiple firearms to an individual.

11          (14)    On or about August 7, 2018, defendants REED and SANCHEZ sold six firearms,

12  namely, one Para-Ordinance P13 .45 pistol bearing serial number RM5590, one FNH 509 pistol bearing

13  serial number GKS0019881, one H&K VP9 pistol bearing serial number 224-196754, one Glock Model

14  36 pistol bearing serial number PTU767, one HS Produkt XD45 pistol bearing serial number S3244608,

15  and one Smith and Wesson SD9 pistol bearing serial number FXW5518, to an individual in exchange

16  for $4,150 in cash.

17          (15)    On or about September 27, 2018, defendant REED traveled from the Northern

18  District of California to Las Vegas, Nevada, for the purpose of obtaining firearms to sell without a

19  license.

20          (16)    On or about September 30, 2018, defendant REED transported firearms from Las

21  Vegas, Nevada, to the Northern District of California.

22          (17)    Between September 28, 2018, and October 1, 2018, defendant REED negotiated

23  the sale of multiple firearms.

24          (18)    On or about October 1, 2018, defendants REED and SANCHEZ sold six firearms,

25  namely, one HS Produkt Springfield Armory pistol bearing serial number XD802875, one Glock Model

26  17 pistol bearing serial number BGFE528, one Glock Model 36 pistol bearing serial number BBTY371,

27  one Glock 22 pistol bearing serial number TLV514, one Taurus Millennium G2 9mm pistol bearing

28

5

SUPERSEDING INDICTMENT
CR 18-560 HSG

1  serial number TKU37770, and one Beretta Model 3032 Tomcat .32 ACP caliber pistol bearing serial

2  number DAA243496, to an individual in exchange for $5,000 in cash.

3          (19)    Between September 30, 2018, and October 2, 2018, defendant J. FAISON

4  negotiated the sale of multiple firearms.

5          (20)    On or about October 2, 2018, defendants J. FAISON and R. FAISON sold four

6  firearms, namely, one Smith & Wesson M&P 9mm bearing serial number NBM0545, one Glock Model

7  43 9mm pistol bearing serial number BHVB575, one Glock Model 43 9mm pistol bearing serial number

8  BEMS683, and one Zastava Model PAP M85 pistol bearing serial number M85PV007285, to an

9  individual in exchange for $4,260 in cash.

10          (21)    Between October 15, 2018, and October 18, 2018, defendant REED transported

11  firearms from Las Vegas, Nevada, to Oakland, California, for the purpose of selling the firearms without

12  a license.

13          (22)    On or about October 18, 2018, defendants REED and SANCHEZ sold nine

14  pistols, namely, one Armscor Model 1911 .45 caliber pistol bearing serial number RIA1328714, one

15  Glock pistol bearing serial number BHZP369, one Ruger LC9 9mm pistol bearing serial number 323-

16  79338, one Taurus International PT738 .380 caliber pistol bearing serial number 34462E, one Beretta

17  92S 9mm pistol bearing serial number U11244Z, one HS Produkt XD45 .45 caliber pistol bearing serial

18  number HG100171, one CZ P-07 9mm pistol bearing serial number B788399, one Walther PPS M2

19  9mm pistol bearing serial number AT0404, and one Anderson Manufacturing AM-15 pistol, bearing

20  serial number 16231541, to an individual in exchange for $7,800 in cash.

21          All in violation of Title 18, United States Code, Sections 371 and 922(a)(1)(A).

22

23  COUNT TWO:        (18 U.S.C. §§ 922(a)(1)(A) and 2 – Dealing Firearms Without A License)

24          16.    On or about January 23, 2018, in the Northern District of California, defendants,

25                          JULAAN FAISON,
                            aka "Juju," and
26                          RAHSAAN FAISON,
                            aka "SG,"
27

28

1 | not being licensed dealers of firearms within the meaning of Chapter 44, Title 18, United States Code,

2 | did willfully engage in the business of dealing firearms, namely, one Smith and Wesson SD9 VE pistol

3 | bearing serial number FZC8300, and one Glock Model 19 9mm pistol bearing serial number ACLB464,

4 | and aided and abetted the same.

5 |       All in violation of Title 18, United States Code, Sections 922(a)(1)(A) and 2.

6 |

7 | COUNT THREE:      (18 U.S.C. §§ 922(a)(1)(A) and 2 – Dealing Firearms Without A License)

8 |       17.      On or about February 16, 2018, in the Northern District of California, defendants,

9 |                               ANTHONY REED and
                                  BENJAMIN GORMLEY,

10 |

11 | not being licensed dealers of firearms within the meaning of Chapter 44, Title 18, United States Code,

12 | did willfully engage in the business of dealing firearms, namely, one Glock Model 22 pistol bearing

13 | serial number NET740, and one Glock Model 19 pistol bearing serial number WWT934, and aided and

14 | abetted the same.

15 |       All in violation of Title 18, United States Code, Sections 922(a)(1)(A) and 2.

16 |

17 | COUNT FOUR:       (18 U.S.C. §§ 922(a)(1)(A) and 2 – Dealing Firearms Without A License)

18 |       18.      On or about February 22, 2018, in the Northern District of California, defendants,

19 |                               ANTHONY REED and
                                  BENJAMIN GORMLEY,

20 |

21 | not being licensed dealers of firearms within the meaning of Chapter 44, Title 18, United States Code,

22 | did willfully engage in the business of dealing firearms, namely, one Glock Model 21 .45 caliber pistol

23 | bearing serial number WDE940, one Glock Model 27 .40 caliber pistol bearing serial number BCLP212,

24 | and one Glock Model 27 .40 caliber pistol bearing serial number BBMS152, and aided and abetted the

25 | same.

26 |       All in violation of Title 18, United States Code, Sections 922(a)(1)(A) and 2.

27 |

28 |

SUPERSEDING INDICTMENT
CR 18-560 HSG

1   COUNT FIVE:        (18 U.S.C. § 922(a)(1)(A) – Dealing Firearms Without A License)

2          19.    On or about July 11, 2018, in the Northern District of California, defendant,

3                                ANTHONY REED,

4   not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code,

5   did willfully engage in the business of dealing firearms, namely, one Glock Model 19C 9mm caliber

6   pistol bearing serial number BFMX386, and one Glock Model 27 .40 S&W caliber pistol bearing serial

7   number BFBS106.

8          All in violation of Title 18, United States Code, Section 922(a)(1)(A).

9

10  COUNT SIX:         (18 U.S.C. § 922(a)(1)(A) – Dealing Firearms Without A License)

11         20.    On or about July 31, 2018, in the Northern District of California, defendant,

12                               ANTHONY REED,

13  not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code,

14  did willfully engage in the business of dealing firearms, namely, one HS Produkt XDM 9mm pistol

15  bearing serial number MG426760.

16         All in violation of Title 18, United States Code, Section 922(a)(1)(A).

17

18  COUNT SEVEN:       (18 U.S.C. §§ 922(a)(1)(A) and 2 – Dealing Firearms Without A License)

19         21.    On or about August 7, 2018, in the Northern District of California, defendants,

20                             ANTHONY REED and
                               JESUS ANGEL SANCHEZ,
21

22  not being licensed dealers of firearms within the meaning of Chapter 44, Title 18, United States Code,

23  did willfully engage in the business of dealing firearms, namely, one Para-Ordinance P13 .45 pistol

24  bearing serial number RM5590, one FNH 509 pistol bearing serial number GKS0019881, one H&K

25  VP9 pistol bearing serial number 224-196754, one Glock Model 36 pistol bearing serial number

26  PTU767, one HS Produkt XD45 pistol bearing serial number S3244608, and one Smith and Wesson

27  SD9 pistol bearing serial number FXW5518, and aided and abetted the same.

28

                                      8

1    All in violation of Title 18, United States Code, Sections 922(a)(1)(A) and 2.

2

3    <u>COUNT EIGHT</u>:      (18 U.S.C. §§ 922(a)(1)(A) and 2 – Dealing Firearms Without A License)

4        22.    On or about October 1, 2018, in the Northern District of California, defendants,

5                          ANTHONY REED and
                           JESUS ANGEL SANCHEZ,

6

7    not being licensed dealers of firearms within the meaning of Chapter 44, Title 18, United States Code,

8    did willfully engage in the business of dealing firearms, namely, one HS Produkt Springfield Armory

9    pistol bearing serial number XD802875, one Glock Model 17 pistol bearing serial number BGFE528,

10   one Glock Model 36 pistol bearing serial number BBTY371, one Glock 22 pistol bearing serial number

11   TLV514, one Taurus Millennium G2 9mm pistol bearing serial number TKU37770, and one Beretta

12   Model 3032 Tomcat .32 ACP caliber pistol bearing serial number DAA243496, and aided and abetted

13   the same.

14       All in violation of Title 18, United States Code, Sections 922(a)(1)(A) and 2.

15

16   <u>COUNT NINE</u>:       (18 U.S.C. §§ 922(a)(1)(A) and 2 – Dealing Firearms Without A License)

17       23.    On or about October 2, 2018, in the Northern District of California, defendants,

18                           JULAAN FAISON,
                            aka "Juju," and
19                          RAHSAAN FAISON,
                            aka "SG,"
20

21   not being licensed dealers of firearms within the meaning of Chapter 44, Title 18, United States Code,

22   did willfully engage in the business of dealing firearms, namely, one Smith & Wesson M&P 9mm

23   bearing serial number NBM0545, one Glock Model 43 9mm pistol bearing serial number BHVB575,

24   one Glock Model 43 9mm pistol bearing serial number BEMS683, and one Zastava Model PAP M85

25   pistol bearing serial number M85PV007285, and aided and abetted the same.

26       All in violation of Title 18, United States Code, Sections 922(a)(1)(A) and 2.

27

28

9

1   COUNT TEN:        (18 U.S.C. §§ 922(a)(1)(A) and 2 – Dealing Firearms Without A License)

2       24.     On or about October 18, 2018, in the Northern District of California, defendants,

3                                ANTHONY REED and
                                 JESUS ANGEL SANCHEZ,
4

5   not being licensed dealers of firearms within the meaning of Chapter 44, Title 18, United States Code,

6   did willfully engage in the business of dealing firearms, namely, one Armscor Model 1911 .45 caliber

7   pistol bearing serial number RIA1328714, one Glock pistol bearing serial number BHZP369, one Ruger

8   LC9 9mm pistol bearing serial number 323-79338, one Taurus International PT738 .380 caliber pistol

9   bearing serial number 34462E, one Beretta 92S 9mm pistol bearing serial number U11244Z, one HS

10  Produkt XD45 .45 caliber pistol bearing serial number HG100171, one CZ P-07 9mm pistol bearing

11  serial number B788399, one Walther PPS M2 9mm pistol bearing serial number AT0404, and one

12  Anderson Manufacturing AM-15 pistol, bearing serial number 16231541, and aided and abetted the

13  same.

14      All in violation of Title 18, United States Code, Sections 922(a)(1)(A) and 2.

15

16  COUNT ELEVEN:     (18 U.S.C. § 924(n) – Traveling Interstate to Promote Illegal Firearms
                      Trafficking)
17

18      25.     On a date unknown to the Grand Jury, but between June 1, 2018, and July 10, 2018, in

19  the Northern District of California and elsewhere, the defendant,

20                               ANTHONY REED,

21  with the intent to engage in conduct that constitutes a violation of Title 18, United States Code, Section

22  922(a)(1)(A), that is, engaging in the business of dealing firearms without a license, did travel from

23  California to Nevada, and acquired a firearm, specifically, a Glock Model 27 .40 caliber pistol bearing

24  serial number BFBS106, in furtherance of the purpose of engaging in the business of dealing in firearms

25  without a license.

26      All in violation of Title 18, United States Code, Section 924(n).

27

28
                                            10
    SUPERSEDING INDICTMENT
    CR 18-560 HSG

1   COUNT TWELVE:   (18 U.S.C. § 924(n) – Traveling Interstate to Promote Illegal Firearms
2                                    Trafficking)

3       26.     On or about September 27, 2018, in the Northern District of California and elsewhere, the

4   defendant,

5                                   ANTHONY REED,

6   with the intent to engage in conduct that constitutes a violation of Title 18, United States Code, Section

7   922(a)(1)(A), that is, engaging in the business of dealing firearms without a license, did travel from

8   California to Nevada, and acquired a firearm, specifically, a Glock Model 17 9mm caliber pistol bearing

9   serial number BGFE528, in furtherance of the purpose of engaging in the business of dealing in firearms

10  without a license.

11      All in violation of Title 18, United States Code, Section 924(n).

12

13  COUNT THIRTEEN:   (18 U.S.C. § 371 – Conspiracy to Commit Robbery of Mail, Money, or Other
14                                     Property of the United States and to Assault a Federal Officer)

15                              Objects of the Conspiracy

16      27.     Beginning on a date unknown to the Grand Jury, but no later than November 15, 2018,

17  and continuing through November 19, 2018, in the Northern District of California, the defendants,

18                                  ANTHONY REED,
                                JESUS ANGEL SANCHEZ,
19                                 RAHSAAN FAISON,
                                      aka "SG,"
20                        MARCOS ANTONIO MARTENEZ, and
                                  JAMES MEDEIROS,
21

22  did knowingly and intentionally conspire and agree together and with each other to:

23      (1)     forcibly assault a person having lawful charge, control, and custody of any money

24  of the United States with the intent to rob, steal, and purloin such money, in violation of Title 18, United

25  States Code, Section 2114(a); and

26      (2)     forcibly assault a federal officer, that is, a Special Agent with the Bureau of

27  Alcohol, Tobacco, Firearms, and Explosives (ATF), while he was engaged in and on account of his

28

11

official duties, by means of a deadly and dangerous weapon, namely, a firearm, in violation of Title 18, United States Code, Section 111(b).

Overt Acts

28.    In furtherance of the conspiracy, and to accomplish its objects, the defendants and others committed various overt acts in the Northern District of California, including but not limited to the following:

(1)    On or about November 15, 2018, defendant REED obtained contact information for an individual known to the Grand Jury, who was in fact an ATF undercover agent, in order to coordinate a meeting with that individual.  REED provided that contact information to defendant SANCHEZ.

(2)    Between November 15, 2018, and November 19, 2018, defendant SANCHEZ contacted the ATF undercover agent and coordinated the sale of multiple firearms to the ATF undercover agent in exchange for $8,000.  Defendant SANCHEZ agreed to meet with the individual on or about November 19, 2018, at a predetermined meeting location in Oakland, California.

(3)    On or about November 19, 2018, defendant REED traveled in a red Impala to meet with defendant SANCHEZ in front of defendant SANCHEZ's home in Oakland, California, in order to coordinate the robbery of the undercover agent.

(4)    Defendant REED conversed with defendant SANCHEZ before returning to the red Impala.

(5)    Defendant REED got back into the passenger seat of the red Impala and traveled to a second location, close to the predetermined meeting location.

(6)    At the predetermined meeting location, defendant MEDEIROS exited the red Impala and met with defendants SANCHEZ and MARTENEZ to coordinate the robbery of the ATF undercover agent.

(7)    At the predetermined meeting location in Oakland, California, defendant SANCHEZ met with the ATF undercover agent, and told the ATF undercover agent to follow defendant SANCHEZ to the rear of a building in order to complete the purported firearms transaction.

12

1    (8)   After defendant SANCHEZ and the ATF undercover agent reached the rear of the

2    building, defendants MEDEIROS and MARTENEZ drew pistols from their clothing and pointed them at

3    the ATF undercover agent.

4    (9)   Defendants SANCHEZ, MEDEIROS, and MARTENEZ demanded that the ATF

5    undercover agent give them the $8,000 in United States currency the ATF undercover agent had brought

6    for the firearms transaction, as well as the ATF undercover agent's car keys and firearm, all of which

7    belonged to the United States.

8    (10)   Defendant MEDEIROS grabbed hold of the ATF undercover agent and searched

9    his pockets, while defendant MARTENEZ pointed a firearm at the ATF undercover agent from a few

10   feet away and the defendants took the $8,000 in United States currency, the ATF undercover agent's

11   firearm, and the ATF undercover agent's car keys.

12   (12)   Defendants SANCHEZ and MEDEIROS left together, while defendant

13   MARTENEZ pointed his firearm at the ATF undercover agent.

14   (13)   Defendant SANCHEZ took possession of the $8,000 in United States Currency

15   and the ATF undercover agent's keys and left the area.  Defendant MEDEIROS returned to the red

16   Impala, driven by R. FAISON, and left the area with defendants R. FAISON and REED.

17   All in violation of Title 18, United States Code, Sections 371, 2114(a), and 111(b).

18

19   COUNT FOURTEEN:            (18 U.S.C. §§ 2114(a) and 2 – Robbery of Mail, Money, or Other Property
                                of the United States)
20

21   29.   On or about November 19, 2018, in the Northern District of California, the defendants,

22                              ANTHONY REED,
                            JESUS ANGEL SANCHEZ,
23                            RAHSAAN FAISON,
                                aka "SG,"
24                      MARCOS ANTONIO MARTENEZ, and
                            JAMES MEDEIROS,
25

26   did forcibly assault a person having lawful charge, control, and custody of any money of the United

27   States and did so with the intent to rob, steal, and purloin such money, and in effecting the robbery, did

28

13

SUPERSEDING INDICTMENT
CR 18-560 HSG

1   put the life of the person having custody of the money in jeopardy by the use of dangerous weapons,

2   namely, firearms, and did aid and abet the same.

3       All in violation of Title 18, United States Code, Sections 2114(a) and 2.

4

5   COUNT FIFTEEN:     (18 U.S.C. §§ 111(b) and 2 – Assault on a Federal Officer with a Deadly
                       or Dangerous Weapon)
6

7       30.     On or about November 19, 2018, in the Northern District of California, the defendants,

8                                   ANTHONY REED,
                                JESUS ANGEL SANCHEZ,
9                                  RAHSAAN FAISON,
                                     aka "SG,"
10                          MARCOS ANTONIO MARTENEZ, and
                                   JAMES MEDEIROS,
11

12  did forcibly assault a federal officer, namely, a Special Agent of the Bureau of Alcohol, Tobacco,

13  Firearms, and Explosives, using deadly and dangerous weapons, namely, firearms, while such federal

14  officer was engaged in his official duties, and did aid and abet the same.

15      All in violation of Title 18, United States Code, Sections 111(b) and (2).

16

17  COUNT SIXTEEN:     (18 U.S.C. §§ 924(c)(1)(A)(ii) and 2 – Using, Carrying, and Brandishing a
                       Firearm During, and in Relation to, a Crime of Violence)
18

19      31.     On or about November 19, 2018, in the Northern District of California, the defendants,

20                                  ANTHONY REED,
                                JESUS ANGEL SANCHEZ,
21                                 RAHSAAN FAISON,
                                     aka "SG,"
22                          MARCOS ANTONIO MARTENEZ, and
                                   JAMES MEDEIROS,
23

24  did knowingly use, carry, and brandish firearms during and in relation to crimes of violence, namely,

25  Robbery of Mail, Money, or Other Property of the United States, and Assault on a Federal Officer with a

26  Deadly or Dangerous Weapon, as alleged in Counts Fourteen and Fifteen of this Superseding

27  Indictment, which crimes may be prosecuted in a court of the United States, and did aid and abet the

28

                                         14

SUPERSEDING INDICTMENT
CR 18-560 HSG

1   same.

2          All in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii) and 2.

3

4   FORFEITURE ALLEGATION:          (18 U.S.C. §§ 924(d)(1), 981(a)(1)(C), 28 U.S.C. § 2641(c) –
                                     Forfeiture)
5

6          32.    The factual allegations contained in Counts One through Sixteen of this Superseding

7   Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging

8   forfeiture pursuant to the provisions of 18 U.S.C. §§ 924(d)(1), 981(a)(1)(C), and 28 U.S.C. § 2461(c).

9          33.    Upon conviction of any of the offenses alleged in Counts One through Twelve, Fifteen,

10  and Sixteen above, the defendants,

11                              ANTHONY REED,
                                BENJAMIN GORMLEY,
12                              JESUS ANGEL SANCHEZ,
                                JULAAN FAISON,
13                              aka "Juju,"
                                RAHSAAN FAISON,
14                              aka "SG,"
                                MARCOS ANTONIO MARTENZ, and
15                              JAMES MEDEIROS,

16  shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearm

17  or ammunition involved in or used in any knowing violation of said offenses, including but not limited

18  to the following property:

19                 (i)     one .380 caliber, AMT, Back Up pistol seized on November 19, 2018, and any

20                         ammunition seized or associated with it.

21         34.    Upon conviction of the offense alleged in Count Fourteen above, the defendants,

22                              ANTHONY REED,
                                JESUS ANGEL SANCHEZ,
23                              RAHSAAN FAISON,
                                aka "SG,"
24                              MARCOS ANTONIO MARTENEZ, and
                                JAMES MEDEIROS,
25

26  shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and

27  1956(c)(7), and Title 28, United States Code, Section 2461, all property, real or personal, constituting

28
                                              15
    SUPERSEDING INDICTMENT
    CR 18-560 HSG

1    and derived from proceeds the defendant obtained directly and indirectly as the result of the offense,

2    including but not limited to the following property:

3               (i)     $8,000 in United States currency seized on or about November 19, 2018.

4       35.     If any of the property described above, as a result of any act or omission of the defendant:

5               (i)     cannot be located upon the exercise of due diligence;

6               (ii)     has been transferred or sold to, or deposited with, a third party;

7               (iii)     has been placed beyond the jurisdiction of the court;

8               (iv)     has been substantially diminished in value; or

9               (v)     has been commingled with other property which cannot be divided without

10                   difficulty,

11    any and all interest defendant has in any other property (not to exceed the value of the above forfeitable

12    property) shall be forfeited to the United States pursuant to Title 21, United States Code, Section 853(p),

13    as incorporated by Title 28, United States Code, Section 2461(c).

14       All pursuant to 18 U.S.C. §§ 924(d), 981(a)(1)(C), 28 U.S.C. § 2461, and Federal Rule of

15    Criminal Procedure 32.2.

16

17    DATED:                                           A TRUE BILL.

18        11/29/18

19                                                 FOREPERSON

20    ALEX G. TSE

       United States Attorney

21

22

23

       BARBARA J. VALLIERE

24    Chief, Criminal Division

25

26    (Approved as to form: _____)

                SAUSA SAMANTHA SCHOTT

27

28

SUPERSEDING INDICTMENT
CR 18-560 HSG