FILED

Jul 01 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

# ~~PROPOSED~~ ORDER/COVER SHEET

**TO:**     **Honorable Thomas S. Hixson**     **RE:**     **Julaan Faison**
              **U.S. Magistrate Judge**

**FROM:**    **Silvio Lugo, Chief**     **Docket No.:**     **4:18-cr-00560-HSG-4**
              **U.S. Pretrial Services Officer**

**Date:**     **7/1/21**

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Gustavo Rangel                                      (408) 535-5226

U.S. Pretrial Services Officer                      **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

☑ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☑ Modification(s)

     **A.**     **The defendant must submit to location monitoring as directed by Pretrial Services;**
     **B.**     **The defendant is required to abide by a daily curfew from 9:00 PM to 7:00 AM;**
     **C.**     **The defendant shall participate in drug and/or alcohol counseling as directed by Pretrial Services;**
     **D.**     **The defendant is allowed to reside with his mother (Rosemary Bracy) at 1550 Bancroft Ave, San Leandro, CA, 94577.**

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:
_____

_[signature]_                    July 1, 2021
**JUDICIAL OFFICER**               **DATE**
Hon. Thomas S. Hixson
U.S. Magistrate Judge