# ~~PROPOSED~~ ORDER/COVER SHEET

```
FILED
Jun 16 2022
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO
```

**TO:** The Honorable Thomas S. Hixson  
U.S. Magistrate Judge

**RE:** Julaan FAISON

**FROM:** Silvio Lugo, Chief  
U.S. Pretrial Services Officer

**Docket No.:** 4:18-cr-00560-HSG-4

**Date:** June 15, 2022

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Nelson G. Barao, Specialist                                      510-637-3758

**U.S. Pretrial Services Officer**                            **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☒ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:  
Magistrate Judge _____ Presiding  District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)

    A.

    B.

    C.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

_____

_____

[signature]                                                6/16/2022

**JUDICIAL OFFICER**                                     **DATE**  
Thomas S. Hixson  
United States Magistrate Judge